IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| SHERYL GOODSPEED | : |
| Plaintiff, | : |
| v. | Case No. 1:07-cv-01809 (RWR) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | : |
| and | : |
| INSIGHT ENTERPRISES, INC. LONG-TERM DISABILITY PLAN | : |
| Defendants. | : |

---

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

Come now The Prudential Insurance Company Of America ("Prudential") and Insight Enterprises, Inc. Long-Term Disability Plan ("Insight") (together, "the Defendants"), and respectfully move pursuant to Fed.R.Civ.P.6 (b) and L.Civ.R. 7:1 for a 30-day enlargement of time to answer, move or otherwise respond to the Complaint, up to and including December 24, 2007.

The Defendants respectfully refer the Court to the attached Memorandum of Points and Authorities, and request this Court to grant this Consent Motion For Enlargement Of Time.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_____/s/_____
David A. Seltzer, Bar No. 437436
1341 G Street, N.W., Suite 500
Washington, D.C.  20005
(202) 626-7660
Fax (202) 628-3606

*Counsel for Defendants, The Prudential Insurance Company of America and Insight Enterprises, Inc. Long-Term Disability Plan*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consent Motion Answer to Plaintiffs' Complaint was electronically file and served, this 28th day of November 28, 2007 to:

Scott B. Elkind, Esquire
Elkind & Shea
801 Roeder Rd., Suite 550
Silver Spring, MD 20910

_____/s/_____
David A. Seltzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------

SHERYL GOODSPEED

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

and

INSIGHT ENTERPRISES, INC. LONG-TERM DISABILITY PLAN

    Defendants.

------------------------------------------------------------------------

Case No. 1:07-cv-01809 (RWR)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

    1. The Defendants were just recently served with the Complaint filed by Plaintiff Sheryl Goodspeed, seeking damages for disability insurance benefits, pursuant to the Employee Retirement Income Security Act ("ERISA").

    2. Defendants and their counsel need additional time to adequately investigate and prepare their responsive pleading to Plaintiff's Complaint.

    3. Undersigned counsel has not yet received the administrative record from defendant Prudential, which is necessary for preparation of the Defendants' responsive pleadings

    4. This is the first enlargement of time sought by the Defendants.

    5. No Scheduling Order has yet been issued and discovery deadlines have not been scheduled; thus, the requested enlargement of time would not impact on the progress of the litigation.

6. Rule 6(b) of the Federal Rules of Civil Procedure permits an enlargement of time for cause.

7. Plaintiff, through her counsel, consents to the requested enlargement of time.

For the reasons stated above, the Defendants respectfully request that this Court grant this Motion For Enlargement of Time.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_____/s/_____
David A. Seltzer, Bar No. 437436
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606

*Counsel for Defendants, The Prudential Insurance Company of America and Insight Enterprises, Inc. Long-Term Disability Plan*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SHERYL GOODSPEED

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

and

INSIGHT ENTERPRISES, INC. LONG-TERM DISABILITY PLAN

    Defendants.

Case No. 1:07-cv-01809 (RWR)

---

**ORDER**

UPON CONSIDERATION of the Consent Motion For Enlargement Of Time To Answer, Move Or Otherwise Respond To Complaint, there being no opposition thereto and good cause therefor, it is this ____ day of _____, 2007, HEREBY

ORDERED, that the Motion be and hereby is GRANTED, and

FURTHER ORDERED that the Defendants shall each file their Answer or responsive pleading to the Complaint by December 24, 2007.

_____
The Honorable Richard W. Roberts
United States District Court for the District of Columbia

**Error! Unknown document property name.**

Copies to:

David A. Seltzer, Esquire
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005

Scott B. Elkind, Esquire
801 Roeder Rd., Suite 550
Silver Spring, MD 20910

**Error! Unknown document property name.**