IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHERYL L. GOODSPEED | * | |
| Plaintiff | * | |
| v. | * | Case Number: 1:07-CV-01809 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF FILING ADMINISTRATIVE RECORD

Defendant, The Prudential Insurance Company of America's Notice of Submission of Administrative Record is being electronically filed. A copy of the Administrative Record will be filed with the Clerk's office in hard paper copy. The administrative record consists of 1748 pages labeled PRU00001 – PRU01748.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ *David A. Seltzer*
David A. Seltzer, Bar No. 15036
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606

*Counsel for Defendants*

283621.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February 2008, a copy of the foregoing document was filed electronically through *CM / ECF* filing and served on:

        Scott Elkind, Esquire
        ELKIND & SHEA
        801 Roeder Road, Suite 550
        Silver Spring, Maryland 20910


        */s/ David A. Seltzer*
        David A. Seltzer

283621.1