IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHERYL L. GOODSPEED** | * | |
| **Plaintiff** | * | |
| v. | * | Case Number: 1:07-CV-01809 |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.** | * | |
| | * | |
| **Defendants** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD

Defendant, The Prudential Insurance Company of America's Notice of Supplemental Submission of Administrative Record is being electronically filed. A copy of the Supplemental Administrative Record will be filed with the Clerk's office in hard paper copy. The supplemental administrative record consists of 66 pages labeled PRU00001749 – PRU01815.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ *Laura N. Steel*
Laura N. Steel, Bar No. 367174
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606

*Counsel for Defendants*

289586.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February 2008, a copy of the foregoing document was filed electronically through *CM / ECF* filing and served on:

>Scott Elkind, Esquire
>ELKIND & SHEA
>801 Roeder Road, Suite 550
>Silver Spring, Maryland 20910

>*/s/ Laura N. Steel*
>Laura N. Steel

289586.1