IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERYL L. GOODSPEED** | * |
| **Plaintiff** | * |
| v. | *   Case Number: 1:07-CV-01809 |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.** | * |
| | * |
| **Defendants** | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF SUBSTITUTION OF COUNSEL

Dear Sir/Madam Clerk:

Please strike the appearance of Laura N. Steel and David A. Seltzer and the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as counsel for the Defendants, The Prudential Insurance Company of America, in the above-referenced matter and enter the appearance of Brian A. Coleman and the law firm of DRINKER, BIDDLE & REATH, LLP as counsel for the defendants.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_/s/ Laura N. Steel_
Laura N. Steel, Bar No. 367174
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606

289359.1

DRINKER, BIDDLE & REATH LLP


_/s/ Brian A. Coleman_
Brian A. Coleman, Bar No. 459201
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 842-8800
Fax: (202) 842-8465


## CERTIFICATE OF SERVICE

I hereby certify that on this ~~18th~~ 21st day of February 2008, a copy of the foregoing document was filed electronically by *CM / ECF* filing and served on:

Scott B. Elkind, Esquire
801 Roeder Road, Suite 550
Silver Spring, MD 20910

Laura N. Steel, Esquire
1341 G Street, NW, Fifth Floor
Washington, DC 20005


_/s/ Brian A. Coleman_
Brian A. Coleman

-2-

289359.1