IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERYL L. GOODSPEED | * |
| Plaintiff | * |
| v. | * Case Number: 1:07-CV-01809 (RWR) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al. | * |
| | * |
| Defendants | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF SUBSTITUTION OF COUNSEL

Dear Sir/Madam Clerk:

Please strike the appearance of Laura N. Steel and David A. Seltzer and the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as counsel for the Defendant, Insight Enterprises, Inc. Long Term Disability Plan ("Insight"), in the above-referenced matter and enter the appearance of Brian A. Coleman and the law firm of DRINKER, BIDDLE & REATH LLP as counsel for the defendants.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_/s/ Laura N. Steel_
Laura N. Steel, Bar No. 367174
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606

291200.1

DRINKER, BIDDLE & REATH LLP

*/s/ Brian A. Coleman*
Brian A. Coleman, Bar No. 459201
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 842-8800
Fax: (202) 842-8465


## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March 2008, a copy of the foregoing document was filed electronically by *CM/ECF* filing and served on:

Scott B. Elkind, Esquire
801 Roeder Road, Suite 550
Silver Spring, MD 20910

Laura N. Steel, Esquire
1341 G Street, NW, Fifth Floor
Washington, DC 20005


*/s/ Brian A. Coleman*
Brian A. Coleman

-2-

291200.1