IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHERYL L. GOODSPEED** | * | |
| **Plaintiff** | * | |
| v. | * | Case Number: 1:07-CV-01809 (RWR) |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.** | * | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \*

### CONSENT MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE TO AND REPLY IN SUPPORT OF MOTION

Defendants The Prudential Insurance Company of America and Insight Enterprises, Inc. Long Term Disability Plan, with the consent of Plaintiff Sheryl L. Goodspeed, hereby requests that this Court extend the deadline for Defendants to respond to Goodspeed's Motion to Determine Standard of Review [Dkt. No. 10] to March 20, 2008, and to extend the time for Goodspeed to file a reply in support of her motion to April 3, 2008.

This motion is premised on the recent substitution of new counsel for Defendants and the fact that a mediation tentatively is scheduled in this matter for March 31, 2008. Undersigned counsel for Defendants states that additional time is required to properly and fully respond to said motion, originally filed on February 21, 2008 and with a current response deadline of March 6, 2008. The parties consent to a two-week extension, such that Plaintiff's response to said motion would be due March 20, 2008. The parties also agree that Goodspeed's reply in support of her motion, if any, should be deferred until

after the mediation is completed so that the parties may focus their time and resources on that mediation. The parties propose April 3, 2008 as the new reply deadline.

This consent motion is made in good faith and not for purposes of undue delay.

Respectfully submitted,

**ELKIND & SHEA**

/s/ Scott B. Elkind
Scott B. Elkind (D.C. Bar No. 43811)
801 Roeder Rd., Ste. 550
Silver Spring, MD 20910
(301) 495-6665

*Counsel for Plaintiff*

**DRINKER, BIDDLE & REATH LLP**

/s/ Brian A. Coleman
Brian A. Coleman (D.C. Bar No. 459201)
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 842-8800
Fax: (202) 842-8465

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March 2008, a copy of the foregoing document was filed electronically by *CM / ECF* filing and served on:

Scott B. Elkind, Esquire
801 Roeder Road, Suite 550
Silver Spring, MD 20910


*/s/ Brian A. Coleman*
Brian A. Coleman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERYL L. GOODSPEED** | * |
| **Plaintiff** | * |
| v. | * Case Number: 1:07-CV-01809 (RWR) |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.** | * |
| | * |
| **Defendants** | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the parties' Consent Motion for Extension of Time to File Response to and Reply in Support of Motion, it is, this ____ day of _____, 2008,

ORDERED that said Consent Motion for Extension be and hereby is GRANTED, and it is further

ORDERED that Defendants' response to Plaintiff's Motion to Determine Standard of Review shall be due on or before March 20, 2008, and Plaintiff Goodspeed's reply, if any, in support of her motion shall be due on or before April 3, 2008.

_____
UNITED STATES DISTRICT JUDGE