UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
SHERYL L. GOODSPEED,           )
                               )
     Plaintiff,                )
                               )
     v.                        )   Civil Action No. 07-1809 (RWR)
                               )
PRUDENTIAL INSURANCE           )
COMPANY OF AMERICA, et al.,    )
                               )
     Defendants.               )
_____)
```

**ORDER**

The Circuit Executive's Office has informed chambers that the parties have reached a settlement in principle. In light of that representation, it is hereby

ORDERED that plaintiff's motion [10] for a determination of the standard of review be, and hereby is, DENIED AS MOOT. It is further

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 16th day of April, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge